IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUNDREY DARROUGH**                                                                             **PLAINTIFF**

V.                                      NO. 4:22-cv-00700-BRW

**AMANDA RODGERS**                                                                              **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 21) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Defendant's motion for summary judgment (Doc. No. 15) is GRANTED. Plaintiff's claims are DISMISSED, without prejudice. Plaintiff's motion for a polygraph test (Doc. No. 23) is DENIED.

IT IS SO ORDERED this 5th day of December, 2022.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE