IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUNDREY DARROUGH**                                                                 **PLAINTIFF**

**V.**                          **NO. 4:22-cv-00700-BRW**

**AMANDA RODGERS**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 5th day of December, 2022.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE